36 Marlin Drive, Norwalk

| Return |||
|---|---|---|
| Case No.: 3:24-MJ-356 (SDU) | Date and time warrant executed: 4/29/24 0600 | Copy of warrant and inventory left with: Claribel Delacruz |
| Inventory made in the presence of: TFO Ramos |||
| Inventory of the property taken and name of any person(s) seized: <br><br>15,000 glassine baggies fentanyl<br>350 grams heroin<br>6 .9mm rounds<br>U.S Mail<br>$9,472 U.S Currency<br>4 Cellphones |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

SA Daniel Lowndes
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)    Black Nissan Altima  BL84507

## Return

| Case No.: 3:24-MJ-356 (SDO) | Date and time warrant executed: 4/29/24 0600 | Copy of warrant and inventory left with: Claribel Delacruz |

Inventory made in the presence of: TFO Ramos

Inventory of the property taken and name of any person(s) seized:

N/A

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

SA Daniel Lowndes
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)    Grey Nissan Altima BK 89510

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24-MJ-356 (SDV) | 4/29/24 0600 | Claribel Delacruz |

Inventory made in the presence of: TFO Ramos

Inventory of the property taken and name of any person(s) seized:

1 Stoeger 9mm Handgun

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

SA Daniel Lowndes
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)    1 Pine Brook Ln, Darien, CT

## Return

| Case No.: 3:24-MJ-356(SDV) | Date and time warrant executed: 4/29/24 0600 | Copy of warrant and inventory left with: Christopher Pomponi |
|---|---|---|

Inventory made in the presence of: SA Hoffman

Inventory of the property taken and name of any person(s) seized:

Misc. Pots with drug residue
Drug paraphernalia
U.S Mail

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

SA Daniel Loander
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)   White Mitsubishi - BK89511

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24-mj-356 (SDL) | 4/29/24 0600 | Claribel Delacruz |

Inventory made in the presence of: TFO Ramos

Inventory of the property taken and name of any person(s) seized:

10 grams Cocaine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

SA Daniel Cowndy
_Printed name and title_

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)     10 Cove Ave, Apt 1R, Nonelle

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24-M)-356 (SDV) | 4/29/24 0600 | Melizee Toribio |

Inventory made in the presence of: SA Milne

Inventory of the property taken and name of any person(s) seized:

100 grams Cocaine
1 iPhone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_____
Executing officer's signature

SA Daniel Lowndes
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)   91 Lexington Ave #3, Norwalk

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 3:24-mj-356(SDU) | 4/29/24 0600 | Jeff Davis |

Inventory made in the presence of: SA Charpentier

Inventory of the property taken and name of any person(s) seized:

60 grams cocaine
61 grams fentanyl
drug paraphernalia
1 iphone

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/6/24

_Executing officer's signature_

Daniel Lowndes SA
_Printed name and title_